Lima Jevremovic
8033 W. Sunset Blvd.
Suite 353
Los Angeles, CA 90046
(310) 200-7753    lima@meetaura.io

FILED

2026 JAN 22 AM 10: 18

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY: _____ jji

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Lima Jevremovic
_____
PLAINTIFF/PETITIONER

V.

Brandon Margera
_____
DEFENDANT/RESPONDENT

CASE NUMBER

2:25cv12027-MCS-MAAca

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH**
**DECLARATION IN SUPPORT**

I, Lima Jevremovic _____ declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?   ☐ Yes   ☒ No

   a.   If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

   b.   If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Oct. 3, 2025     $308.17

2. Have you received, *within the past twelve months*, any money from any of the following sources?

   | | | |
   |---|---|---|
   | Public benefits? | ☐ Yes | ☒ No |
   | Business, profession or form of self-employment? | ☐ Yes | ☒ No |
   | Rent payments, interest or dividends? | ☐ Yes | ☒ No |
   | Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
   | Gifts or inheritances? | ☐ Yes | ☒ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |
   | Loans? | ☒ Yes | ☐ No |
   | Any other income (other than listed above)? | ☐ Yes | ☒ No |

   If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: Loans of approximately $8,000 over the past 12 months to cover expenses

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☐ Yes  ☒ No

If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. _____

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No

If you answer is yes, describe the property and state its approximate value: Cryptos ≈ $144. and my car is valued at $2,000 (KIA sedona) 2017

5. In what year did you last file an Income Tax Return? __2024__

Approximately how much income did your last return reflect? Filed jointly married / now divorced

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __n/a__

Having trouble retaining employment or buisness relations due to severe public reputation damage.

7. Estimate your average monthly expenses below:

| | | | |
|---|---|---|---|
| Housing | $2,200 | Credit Cards | $300 |
| Transportation | $200 | Child Care | $0 |
| Food | $200 | Insurance | $200 |
| Medical | $100 | Loans | $500 |
| Utilities | $50 | Other | |

__California__
State

__Los Angeles__
County (or City)

I, __Lima Jevremovic__ declare under penalty of perjury that the foregoing is true and correct. Executed on:

__01/21/2026__
Date

_____
Plaintiff (Signature)