UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:25-cv-12027-MCS-MAA** | Date | March 3, 2026 |
|---|---|---|---|
| Title | *Jevremovic v. Margera* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) DISMISSAL ORDER (JS-6)**

Plaintiff Lima Jevremovic, a self-represented litigant, brings this action against Defendant Brandon "Bam" Margera for defamation, among other claims. (Compl., ECF No. 1.) The Court ordered Plaintiff to show cause why the case should not be dismissed without prejudice for lack of subject-matter jurisdiction or improper venue, and why the case should not be transferred to a district court where venue is proper. (OSC, ECF No. 11.) The Court warned that "[f]ailure to timely and satisfactorily respond will result in dismissal of this case without further warning." (*Id.* at 3.) Plaintiff did not file a timely response.

Accordingly, the Court dismisses the case without prejudice for lack of subject-matter jurisdiction and venue. Nothing in this Order prevents Plaintiff from pursuing her claims in an appropriate court. This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court directs the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**